## Commonwealth ex rel. Smith v. Truss, Appellant.

Before GRIFO, J.

Argued September 11, 1975. *Vickie A. Gillio,* for appellant; *Joseph M. Reibman,* and *Reibman and Reibman,* submitted a brief for appellee.

Order affirmed.

## Czarnecki, Appellant, v. Southeastern Pennsylvania Transportation Authority.

Before DiNUBILE, J., without a jury.

Argued September 12, 1975. *Ronald Ziegler,* with him *Tubis, Schwartz & Ziegler,* for appellant; *Stanley J. Sinowitz,* with him *Robert H. Messerman* and *Joseph F. Keener, Jr.,* for appellee.

Judgment affirmed.

## Dumczyk v. Dumczyk, Appellant.

Argued September 8, 1975. *Ronald F. Brien,* for appellant; *Michael D. Marino,* for appellee.

OPINION PER CURIAM: Decree affirmed. Having made an independent review of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.